# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

149567 & (55)(60)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CHABAD-LUBAVITCH OF MICHIGAN, and
CONGREGATION BETH CHABAD,
      Plaintiffs-Appellees,
      Cross-Appellants,

v

DR. DOV SCHUCHMAN, KEN KOHN,
DORENE SOBCZAK, NEIL CRAFT, ANDREA
FEUEREISEN, DALE GOODMAN, LEAH
RUBY, ELIMELECH SILBERBERG, SARA
TUGMAN BAIS CHABAD TORAH, and
CONGREGATION BAIS CHABAD OF WEST
BLOOMFIELD,
      Defendants-Appellants,
      Cross-Appellees.

SC: 149567
COA: 312037
Oakland CC: 2012-126333-CH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 22, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals because there are no grounds on which to equitably toll the statute of limitations. MCL 600.5827 and MCL 600.5829 govern the accrual of the plaintiffs' claims. The statutory scheme is exclusive, and neither statute contains a provision to toll the period of limitations. See *Trentadue v Buckler Automatic Lawn Sprinkler Co,* 479 Mich 378 (2007). The application for leave to appeal as cross-appellants is considered, and it is DENIED as moot.

BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

t0513